HARVEY S. LIPPINCOTT, d. b., *vs.* E. A. STROUT Co., p. b.

CERTIORARI—CONTRADICTING RECORD.

The record, showing a judgment by default, cannot, on *certiorari* be contradicted, and the fact of a judgment by confession and an inadvertent entering of a judgment by default be shown.

(*February* 15, 1911.)

PENNEWILL, C. J., and BOYCE and CONRAD, J. J., sitting.
*Daniel J. Layton, Jr.,* for plaintiff in *certiorari*.
*Woodburn Martin* for respondent.

Superior Court, Sussex County, February Term, 1911.

CERTIORARI to a justice of the peace in and for Sussex County.

Summons was issued on the twenty-eighth of the month and returnable on the nineteenth of the following month,—more than fifteen days after the summons issued. The constable returned "Summons served personally," and judgment was rendered on the nineteenth against the defendant by default. Mr. Layton contended that it was error in the justice to have made the summons returnable after fifteen days from the time of its issuance. This Mr.

Statement—Order of Court.

Martin conceded, but contended that the defendant was present at the trial and confessed judgment and that the justice inadvertently, or through error entered judgment by default; and asked to produce testimony by the justice to show that the defendant was present at the time set for the trial and confessed judgment.

It being on *certiorari*, Mr. Martin was denied the right to contradict the record, and the plaintiff's exception was sustained.

*Per Curiam*:—Let the judgment below be reversed.